AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ District of ___MASSACHUSETTS___

| UNITED STATES OF AMERICA V. CHERYL STILWELL | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | MJ05-M-239 JLA | 04-127-P-H |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 2, 371, 1952, 2421 AND 2422

**DISTRICT OF OFFENSE**
DISTRICT OF MAINE

**DESCRIPTION OF CHARGES:**

AIDING AND ABETTING VIOLATION OF TRAVEL ACT; AIDING AND ABETTING TRANSPORTATION OF A MINOR TO ENGAGE IN PROSTITUTION; AND AIDING AND ABETTING TRANSPORTATION OF A PERSON TO ENGAGE IN PROSTITUTION

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☐ Federal Defender Organization   X CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| April 29, 2005 | /S/ Joyce London Alexander |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |