UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. MJ05-M-239JLA |
| | ) |
| CHERYL STILWELL | ) |
| | ) |

REMOVAL ORDER

This matter arises out of the defendant's arrest in the District of Massachusetts pursuant to a warrant issued by the United States District Court for the District of Maine for an indictment. At the defendant's initial appearance before this Court on April 29, 2005, the government moved for removal pursuant to Fed. R. Crim. P. 5 and for detention pursuant to 18 U.S.C. § 3142. At that time she waived her right to a detention hearing and assented to her removal to the District of Maine, the district of jurisdiction. WHEREFORE, it is hereby ORDERED that the defendant be held to answer in the District of Maine and that she be detained pending her removal to that district.

Joyce London Alexander
U.S. MAGISTRATE JUDGE

Date: 4/29/05