UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) CRIMINAL NO. MJ05-M-239 JLA
)
CHERYL STILWELL )
)

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Tamara Harty, Special Agent of the Federal Bureau of Investigation, do hereby make oath before the Honorable Joyce London Alexander, United States Magistrate Judge for the District of Massachusetts, that upon personal knowledge coming to me in connection with my official duties, on April 27, 2005 there was issued a five-count indictment (criminal number 04cr127-P-H) and warrant of arrest for one Cheryl Stilwell in the United States District Court for the District of Maine for violations of Title 18, United States Code, Sections 2, 371, 1952, 2421, and 2422 (one count of conspiracy to violate Travel Act and Mann Act), 1952 and 2 (one count of aiding and abetting violation of Travel Act), 2423(a) and 2 (one count of aiding and abetting transportation of a minor to engage in prostitution), and 2, 2421, and 2422(a)(two counts of aiding and abetting the transportation of a person to engage in prostitution).

I do hereby make oath that on this date I executed said warrant by arresting said Cheryl Stilwell in the District of

1

Massachusetts.

                                        Tamara Harty
                                        Special Agent
                                        Federal Bureau of
                                        Investigations

    Subscribed and sworn to before me this twenty-ninth day of April, 2005.

                                        JOYCE LONDON ALEXANDER
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

CHERYL STILWELL

WARRANT OF ARREST

CASE NUMBER: 04cr127-P-H

FOR INVESTIGATIVE PURPOSES ONLY
COPY
UNITED STATES MARSHAL SERVICE
HOLDS ORIGINAL ARREST WARRANT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHERYL STILWELL and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One: conspiracy to violate the Travel Act and Mann Act, in violation of Title 18 United States Code, Section(s) 317, 2, 1952, 2421 and 2422,

Count Two: aiding and abetting violation of the Travel Act, in violation of Title 18 United States Code, Section(s) 1952 and 2,

Count Four: aiding and abetting the transportation of a minor to engage in prostitution, in violation of Title 18 United States Code, Section 2423(a) and 2,

Count Five: aiding and abetting the transportation of a person to engage in prostitution, in violation of Title 18 United States Code, Section 2422(a) and 2,

Count Six: aiding and abetting the transportation of a person to engage in prostitution, in violation of Title 18 United States Code, Section 2421 and 2.

| | |
|---|---|
| Susan M. Durst | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature: Susan Durst]* | April 27, 2005 at Portland, ME |
| Signature of Issuing Officer | Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |